# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
### SOUTHWESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH ) | **ORDER** |
| OF A BLACK AND RED DUFFEL BAG ) | |
| | Case No. 1:14-mj-114 |

On motion by the Government and for reasons stated in support of its motion,

**IT IS ORDERED** that the Motion to Seal and Search Warrant/Affidavit of Probable Cause in Support of Search Warrant, as well as this Order, in the above-captioned matter, shall be sealed for period of 180 days**.**

Dated this 28th day of May, 2014.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court